UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

COURTNEY W. THOMPSON,

     Plaintiff,

v.

FIRST REVENUE ASSURANCE, LLC,

     Defendant.

_____/

## COMPLAINT
## JURY DEMAND

1.    Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. ("FDCPA").

## JURISDICTION AND VENUE

2.    This Court has jurisdiction under 28 U.S.C. §§1331, 1337 and 15 U.S.C. §1692k.  Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

## PARTIES

3.    Plaintiff, COURTNEY W. THOMPSON, is a natural person, and citizen of the State of Florida, residing in Broward County, Florida.

4.    Defendant, FIRST REVENUE ASSURANCE, LLC, is a limited liability company. All of its members are citizens of the State of Colorado with its

principal place of business at Suite 1000, 3033 South Parker Road, Aurora, Colorado 80014.

5.      Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

6.      Defendant regularly collects or attempts to collect debts for other parties.

7.      Defendant is a "debt collector" as defined in the FDCPA.

8.      Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

## FACTUAL ALLEGATIONS

9.      Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family or household purposes.

10.     Defendant left the following messages on Plaintiff's residential telephone on or about the dates stated:

April 5, 2010 – Pre-Recorded Message
Hello, I'm calling about important personal business. Please call me back as soon as possible at the follow number, 888-258-5840. Again, my number is 888-258-5840. Thank you. Goodbye.

April 6, 2010 – Call #1 – Pre-Recorded Message
This is an important business matter from First Revenue Assurance. Please return the call at 1-800-681-5823. Again, that number is 1-800-681-5823.

April 6, 2010 – Call #2 – Pre-Recorded Message

Hello, I'm calling about important personal business. Please call me back as soon as possible at the following number, 888-258-5840. Again, my number is 888-258-5840. Thank you. Goodbye.

April 7, 2010 – Pre-Recorded Message
This is an important business matter from First Revenue Assurance. Please return the call at 1-800-681-5823. Again, that number is 1-800-681-5823.

April 14, 2010 – Pre-Recorded Message
This is an important business matter from First Revenue Assurance. Please return the call at 1-800-681-5823. Again, that number is 1-800-681-5823.

April 16, 2010 – Pre-Recorded Message
Hello, I'm calling about important personal business. Please call me back as soon as possible at the following number, 888-258-5840. Again, my number is 888-258-5840. Thank you. Goodbye.

April 19, 2010 – Pre-Recorded Message
This is an important business matter from First Revenue Assurance. Please return the call at 1-800-681-5823. Again, that number is 1-800-681-5823.

April 20, 2010 – Pre-Recorded Message
This is an important business matter from First Revenue Assurance. Please return the call at 1-800-681-5823. Again, that number is 1-800-681-5823.

April 21, 2010 – Pre-Recorded Message
This is an important business matter from First Revenue Assurance. Please return the call at 1-800-681-5823. Again, that number is 1-800-681-5823.

April 22, 2010 – Pre-Recorded Message
This is an important business matter from First Revenue Assurance. Please return the call at 1-800-681-5823. Again, that number is 1-800-6.

May 5, 2010 – Pre-Recorded Message
Hello, I'm calling about important personal business. Please call me back as soon as possible at the following number, 888-258-5840. Again, my number is 888-258-5840. Thank you. Goodbye.

May 9, 2010 – Pre-Recorded Message

Hello, I'm calling about important personal business. Please call me back as soon as possible at the following number, 888-258-5840. Again, my number is 888-258-5840. Thank you. Goodbye.

May 18, 2010 – Pre-Recorded Message
Hello, I'm calling about important personal business. Please call me back as soon as possible at the following number, 888-258-5840. Again, my number is 888-258-5840. Thank you. Goodbye.

May 24, 2010 – Call #1 – Pre-Recorded Message
This is an important business matter from First Revenue Assurance. Please return the call at 1-800-681-5823. Again, that number is 1-800.

May 24, 2010 – Call #2
Hello, this is First Revenue Assurance. Please return this important business call. The number here is 1-800-615-9028. Once again, our toll-free number is 1-800-615-9028.

May 25, 2010 – Pre-Recorded Message
Hello, I'm calling about important personal business. Please call me back as soon as possible at the following number, 888-258-5840. Again, my number is 888-258-5840. Thank you. Goodbye.

June 2, 2010 – Pre-Recorded Message
This is an important business matter from First Revenue Assurance. Please return  the call at 1-800-681-5823. Again, that number is 1-800-681-5823.

June 4, 2010 – Pre-Recorded Message
Hello, I'm calling about important personal business. Please call me back as soon as possible at the following number, 888-258-5840. Again, my number is 88-258-5840. Thank you. Goodbye.

June 8, 2010 – Pre-Recorded Message
This is an important business mater from First Revenue Assurance. Please return the call at 1-800-681-5823. Again, that number is 1-800-681-5823.

June 9, 2010
Hello, this is First Revenue Assurance. Please return this important business call. The number here is 1-800-615-9028. Once again, that toll-free number is 1-800-615-9028.

June 10, 2010
Hello, this is First Revenue Assurance. Please return this important business call. The number here is 1-800-615-9028. Once again our toll-free number is 1-800-615-9028.

June 13, 2010 – Pre-Recorded Message
Hello, I'm calling about important personal business. Please call me back as soon as possible at the following number, 888-258-5840. Again, my number is 888-258-5840. Thank you. Goodbye.

June 23, 2010 – Pre-Recorded Message
Hello, I'm calling about important personal business. Please call me back as soon as possible at the following number, 888-258-5840. Again, my number is 888-258-5840. Thank you. Goodbye.

June 25, 2010 – Pre-Recorded Message
Hello, I'm calling about important personal business. Please call me back as soon as possible at the following number, 888-258-5840. Again, my number is 888-258-5840. Thank you. Goodbye.

August 5, 2010 – Pre-Recorded Message
Hello, I'm calling about important personal business. Please call me back as soon as possible at the following number, 888-258-5840. Again, my number is 888-258-5840. Thank you. Goodbye.

August 11, 2010 – Pre-Recorded Message
Hello, I'm calling about important personal business. Please call me back as soon as possible at the following number, 888-258-5840. Again, my number is 888-258-5840. Thank you. Goodbye.


11.     Defendant left similar or identical messages on other occasions.

(Collectively, "the telephone messages").

12.     The messages are "communications" as defined by 15 U.S.C. §1692a(2). See *Berg v. Merchs. Ass'n Collection Div*., Case No. 08-60660-Civ-Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

13.     Defendant failed to inform Plaintiff in the messages that the communication was from a debt collector and failed to disclose the purpose of Defendant's messages and failed to disclose Defendant's name.

## COUNT I
## FAILURE TO DISCLOSE STATUS AS DEBT COLLECTOR

14.     Plaintiff incorporates Paragraphs 1 through 13.

15.     Defendant failed to disclose in the telephone messages that it is a debt collector in violation of 15 U.S.C. §1692e(11). See *Foti v. NCO Fin. Sys*., 424 F. Supp. 2d 643, 646 (D.N.Y. 2006) and *Belin v. Litton Loan Servicing*, 2006 U.S. Dist. LEXIS 47953 (M. D. Fla. 2006) and Leyse v. Corporate Collection Servs., 2006 U.S. Dist. LEXIS 67719 (D.N.Y. 2006).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

a.     Damages;

b.     Attorney's fees, litigation expenses and costs of suit; and

c.     Such other or further relief as the Court deems proper.

## COUNT II
## FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY

16.     Plaintiff incorporates Paragraphs 1 through 13.

17.     Defendant placed telephone calls to Plaintiff without making meaningful disclosure of its identity when it failed to disclose its name and the purpose of Defendant's communication in the telephone messages in violation of 15 U.S.C §1692d(6). See *Valencia v The Affiliated Group, Inc*., Case No. 07-61381-Civ-Marra/Johnson, 2008 U. S. Dist. LEXIS 73008, (S.D.Fla., September 23, 2008); Wright v. Credit Bureau of Georgia, Inc., 548 F. Supp. 591, 593 (D. Ga. 1982); and Hosseinzadeh v. M.R.S. Assocs., 387 F. Supp. 2d 1104 (D. Cal. 2005).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

a.     Damages;

b.     Attorney's fees, litigation expenses and costs of suit; and

c.     Such other or further relief as the Court deems proper.

## **JURY DEMAND**

Plaintiff demands trial by jury.

> DONALD A. YARBROUGH, ESQ.
> Attorney for Plaintiff
> Post Office Box 11842
> Ft. Lauderdale, FL 33339
> Telephone: 954-537-2000
> Facsimile: 954-566-2235
> donyarbrough@mindspring.com

By: <u>s/ Donald A. Yarbrough</u>
    Donald A. Yarbrough, Esq.
    Florida Bar No. 0158658